

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-21-2006

# Santiago v. York

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-4729

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Santiago v. York" (2006). *2006 Decisions.* Paper 45.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/45

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT
_____

No. 05-4729
_____

ANIBAL SANTIAGO
Appellant,

vs.

YORK CITY, PENNSYLVANIA; THE HONORABLE JOHN BRENNER, Mayor and
Agent of the York City, Pa.; CHARLES H. ROBERTSON, Former Mayor and Agent of
the York City, Pa.; THE YORK CITY POLICE DEPT., A police department organized
and existing in York City, Pa.; HERBERT F. GROSFSCSIK, Former Police
Commissioner and Agent of Defendants York City, Pa. and York City Police
Department; POLICE CHIEF MICHAEL HILL, Chief of Police and Agent for
Defendants York City, Pa. and York City Police Department,

Appellees.

_____

On Appeal from the United States District Court
For the Middle District of Pennsylvania
(No. 02-cv-1217)
District Judge: Honorable Yvette Kane

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
November 28, 2006

_____

Before: FUENTES and GARTH, Circuit Judges, and POLLAK, District Judge[1]

(Opinion Filed: December 21, 2006)

_____

[1] The Honorable Louis H. Pollak, Senior District Judge for the Eastern District of
Pennsylvania, sitting by designation.

OPINION

Per Curiam:

Substantially for the reasons set forth in District Judge Kane's Memorandum and Order of September 26, 2005, this Court will affirm the District Court's order granting summary judgment in favor of defendant York City.